**Kerry CAIRNS; Kathryn Nicholson, Plaintiffs–Appellants**

v.

**LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008–1; Vericrest Financial, Incorporated; Juanita Strickland, Defendants–Appellees.**

No. 14–50511
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2014.

Stephen Daniel Casey, Esq., Attorney, Casey Law Office, P.C., Round Rock, TX, for Plaintiffs–Appellants.

---

Kirsten Marisol Castaneda, Senior Counsel, Calvin Don Clayton, Esq., Attorney, Elizabeth Kristin Duffy, Robert Thompson Mowrey, Locke Lord, L.L.P., Dallas, TX, for Defendants–Appellees.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

For the reasons set forth in its Order of February 26, 2014, the district court's Judgment of April 23, 2014 is, in all respects, AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.